# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DAVID ROMAN,                    :         CHAPTER 13
       Debtor

                                                                         :         BANKRUPTCY NO.  19-16860

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor erroneously submitted his initial two trustee payments to Trustee Waterman, as he advised the Trustee's representative at the Meeting of Creditors.  His counsel. will contact Trustee Waterman's office to attempt to rectify this matter.

WHEREFORE, he requests that the Trustee's Motion to Dismiss this bankruptcy case be denied.

Date:   January 19, 2020                    Attorney for Debtor

                                                                       /s/DAVID A. SCHOLL
                                                                       512 Hoffman Street
                                                                       Philadelphia, PA.  19148
                                                                       610-550-1765