**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DIsSTRICT OF PENNSYLVANIA**

In Re:  DAVID ROMAN,                              :          CHAPTER 13

        **Debtor**                                      : BANKRUPTCY NO. 19-16860

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

The Debtor has filed Objections to the Proof of Claim filed by you in this
bankruptcy case.

Your claim may be reduced, modified, or eliminated.  You should
read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or
your attorney must attend the hearing on the objection, scheduled to be held before the
Honorable Magdeline D. Coleman on June 9, 2020, at 10:30 A.M., in Courtroom No. 2, 900
Market St., Philadelphia, PA.  19107.  If you or your attorney do not attend the hearing on the
objection, the court may decide that you do not oppose the objection to your claim.

Date:   April 30, 2020                              Attorney for Objector

DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765