# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-16860-MDC

DAVID ROMAN

316 WEST FISHER AVENUE

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAVID ROMAN

316 WEST FISHER AVENUE

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

DAVID SCHOLL, ESQUIRE
512 HOFFMAN ST

PHILADELPHIA, PA 19148-

Date: 5/1/2020

                /S/ William C. Miller
                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee