# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **DAVID ROMAN,**                                    : CHAPTER13
        **Debtors**

                                                            : BANKR. NO.  19-16860


## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS


The Debtor's Plan is feasible, as the payments are equal to the claims to be paid.  There has been no delay in this case.  The only matter at issue is fixing the correct amount of the mortgage balance, which the Debtor is paying off directly to the mortgagee, pursuant to the Debtor's plan.  The Debtor could not file the necessary objection to the mortgagee's attempt to improperly "amend" a claim filed by the Debtor on its behalf until the amendment was filed, which did not occur until April 23, 2020, and the mortgagee committed itself to not filing a "governmental" claim, which did not occur until April 29, 2020.

WHEREFORE, the Motion should be denied or continued until after the Objection, which is presently scheduled for a hearing on June 9, 2020, is resolved.


Dated: May 2, 2020

                                        Attorney for Debtors

                                        /s/DAVID A. SCHOLL
                                        512 Hoffman Street
                                        Philadelphia, PA.  19148
                                        610-550-1765