# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID ROMAN,
    Debtor

: CHAPTER 13

: BANKR. NO. 19-16860

,     **CERTIFICATION OF SERVICE**

I hereby certify that I served a copy of the Debtor's Fifth Amended Plan on all secured and priority creditors on the Debtor's Claims Docket on or about July 21, 2020, i.e., U. S. Bank/Pennsylvania Housing Finance Agency, City of Philadelphia, Water Revenue Bureau, Internal Revenue Service, and Pennsylvania Department of Revenue.

    /s/David A. Scholl
    David A. Scholl, Esq
    512 Hoffman St.
    Philadelphia, PA.  19148
-     Attorney for Plaintiff-Debtor