# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID ROMAN,
Debtors

: CHAPTER 13

: BANKRUPTCY NO. 19-16860

## APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant is counsel for the Debtor in this case

2. The Applicant filed this petition under Chapter 13 of the Bankruptcy Code on behalf of the Debtor on November 1, 2019

3. Counsel had full responsibility for all aspects of this case..

4. The Debtor's annualized income as set forth on Form B122-C-1 was and is below the median.

5. All services rendered for which compensation is requested were performed on behalf of the Debtor, the services were actual and necessary, and the compensation requested for those services is reasonable.

6. Applicant requests an award of compensation of $4000 for at least 29 hours expended in providing services, which included meeting with the Debtor and analyzing his financial circumstances as appropriate for Chapter 13, preparing and filing all Schedules and other initial documents, filing and serving a Motion to extend the automatic stay, filing Certifications of Service and No

Objection to this Motion, attending a Meetings of Creditors, answering several Motions to Dismiss this case filed by the Chapter 13 trustee, t. property, filing a proof of claim for his mortgage creditor, filing and negotiating a settlement of an Objection to the amended proof of claim ultimately filed by the mortgage creditor, writing several letters and emails to the Debtor when he failed to maintain communications, filing numerous amended plans to satisfy the Chapter 13 trustee's representative, serving the said Amended Plans, and preparing, filing, and serving this Fee Application.

7. The Debtor paid the Applicant a retainer of $1000, which is reflected by the Rule 2016(b) Statement attached hereto, which was erroneously not filed until September 23, 2020, due to an oversight.

8. The retainer of $1000 is c compensation request herein of $4000, leaving a balance requested from the Trustee payments submitted and to be submitted by the Debtor of $3000.

9. None of the compensation paid to the Applicant will be shared with any person other than my wife, an associate of my law firm.

WHEREFORE, the Applicant requests an award of $4000 in compensation for services, less $1000 paid as a retainer, and therefore requests an additional $3000 to be paid from the funds paid to the Trustee by the Debtor.

Dated: September 23, 2020            /s/DAVID A. SCHOLL

512 Hoffman Street, Phila., PA. 19148

610-550-1765

Attorney for Debtor

**EXHIBIT "A"**

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: DAVID ROMAN,                                                                 Case No. <u>19-16860</u>

       Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,500.00*

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1000.00

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1500.00

2. The source of the compensation paid to me was:

   ☒ Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor

4. x☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Amendments to schedules, statement of affairs, plan, and other documents

   b. Attending the rescheduled Meeting of Creditors

   c. Preparing and obtaining confirmation of an amended Chapter 13 plan

   *By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case or representation in any extraordinary matters not referenced above, including filing and objecting to claims, filing and prosecuting motions and adversary proceedings, and defending any motions filed against the Debtor. For these services, the Debtor will be charged an additional $300/hr over the $2500 fee referenced above. It is estimated that the total fee will be approximately $4000.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 9-23-20                                                                 /s/David A. Scholl

**EXHIBIT "B"**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**DAVID ROMAN,**                                                      : **CHAPTER 13**
       Debtor                                                   : **BANKRUPTCY NO. 19-16860**

## ORDER

AND NOW, this       day of Octobert, 2020, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000.. The Chapter 13 Trustee is authorized and directed to pay up to $3000 to the Applican fFrom the funds paid to him by the Debtor.

_____
                              J.