### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
DAVID ROMAN,                                  : CHAPTER 13  
Debtor                                        : BANKRUPTCY NO. 19-16860

### NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in the amount of $4000 for this case, has been filed. Any Objection to this Application must be filed and served upon me within twenty-one days from September 24, 2020, on or before which date this Notice will be served. A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor. Any interested parties can obtain a copy from me on request.

/s/ DAVID A. SCHOLL  
512 Hoffman Street  
Philadelphia, PA  19148  
610-550-1765  
Attorney for Debtor

\