# United States Bankruptcy Court

## For the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re: | : | Ch. 13 |
| **DAVID ROMAN,** | : | BANKRUPTCY NO. 19-16860-MDC |
| **DEBTOR.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

**AND NOW,** comes David A. Scholl, Esquire, attorney for the Debtor, and certifies that he served copies of the Notice and Application for Compensation of David A. Scholl, Esquire, upon of the following parties as follows:

NOTICE and Fee APPLICATION via first class mail postage prepaid:

Counsel for the United States Trustee
Office of the US Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107


Chapter 13 Trustee
William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105-1229


Debtor
Mr. David Roman
316 West Fisher Avenue
Philadelphia, PA  19120-3215

NOTICE OF FEE APPLICATION via first class mail postage prepaid:

ALL CREDITORS LISTED ON THE CLAIMS REGISTER & MATRIX

Dated: September 25, 2020

/s/David A. Scholl
David A. Scholl, Attorney for
Debtor