**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  DAVID ROMAN,                                :        CHAPTER 13

      Debtors                                              : BANKRUPTCY NO. 19-16860

**CERTIFICATION OF SERVICE AND OF NO OBJECTION**

I hereby certify that, on September 25, 2020, I served notice of my Application for Compensation for services and costs in this case upon all interested parties and that I served a copy of the entire Application, the Notice, and this court's Order upon the Debtor, the Chapter 13 Standing Trustee, and the United States Trustee's office. I further certify that, as of October 16, , 2020, no objection to the Application has been filed or served upon me. As a result, the proposed Order attached to the Fee Application can be entered as uncontested.

Dated: JOctober 17, 2020

_____

-                                                                                  /s/ DAVID A. SCHOLL
                                                                           512 Hoffman Street
                                                                           Philadelphia, PA  19148
                                                                           610-550-1765
                                                                           Attorney for Debtor