# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID ROMAN,
    Debtor

: CHAPTER 13
: BANKRUPTCY NO. 19-16860

## ORDER

AND NOW, this 10th day of December 2020, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000.. The Chapter 13 Trustee is authorized and directed to pay up to $3000 to the Applican fFrom the funds paid to him by the Debtor.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge