*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Roman
    Debtor(s)　　　　　　　　　　　　　Case No: 19−16860−mdc
　　　　　　　　　　　　　　　　　　　　　Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of <i>RE: 316 West Fisher Avenue, Philadelphia, PA 19120 filed by U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY )

　　on: 4/20/21

　　at: 10:30 AM

　　in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/17/21

Timothy B. McGrath
Clerk of Court

90 − 88
Form 167