**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| DAVID ROMAN | |
| Debtor | Bankruptcy No. 19-16860-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 25, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID SCHOLL, ESQUIRE
512 HOFFMAN ST

PHILADELPHIA, PA 19148-

Debtor:
DAVID ROMAN

316 WEST FISHER AVENUE

PHILADELPHIA, PA 19120-